UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| PEPPER SOURCE, LTD.<br><br>    Plaintiff,<br><br>v.<br><br>CHEP, a Brambles Company; BRAMBLES NORTH AMERICA, INC.; BRAMBLES USA, INC.; CHEP SERVICES, LLC; CHEP CONTAINER AND POOLING SOLUTIONS, INC.; and BRAMBLES AMERICAS, INC.<br><br>    Defendants. | Case No.: 2:20-cv-2079 |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION, FOR FAILURE TO STATE A CAUSE OF ACTION, TO TRANSFER TO THE EASTERN DISTRICT OF LOUISIANA OR, IN THE ALTERNATIVE, TO STAY**

Defendants, CHEP, a Brambles Company, Brambles North America, Inc. ("Brambles N.A."), Brambles USA, Inc. ("Brambles USA"), CHEP Services, LLC ("CHEP Services"), CHEP Container and Pooling Solutions, Inc. ("CCPS"), and Brambles Americas, Inc. (collectively, "Defendants"),[1] by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), hereby respectfully move this Court for an Order (1) dismissing Plaintiff's Complaint (Doc. No. 3) for lack of personal jurisdiction, failure to state a claim upon which relief may be granted, and declining to hear Plaintiff's declaratory judgment action and (2) transferring this action to the District Court for the Eastern District of Louisiana or, in the alternative, staying this action pending resolution of the action pending in the United States District Court for the Eastern District of Louisiana.

---

[1] As explained in the Brief in Support, the first and last named "Defendants," the so-called entities "CHEP, a Brambles Company" and "Brambles Americas, Inc." are fictitious entities and do not exist.

This Motion to Dismiss for Lack of Jurisdiction, Failure to State a Cause of Action, to Transfer to the Eastern District of Louisiana or, in the Alternative, to Stay is supported by Defendants' Brief in Support filed contemporaneously herewith and incorporated by reference into this Motion.[2]

WHEREFORE, Defendants respectfully request that this Court enter an Order (1) dismissing the Amended Complaint; and (2) transferring this action to the United States District Court for the Eastern District of Louisiana or, in the alternative, staying this action pending resolution of the Louisiana Case.

DATED:	June 15, 2020

Respectfully Submitted,

Max Deitchler, Arkansas Bar No. 2012200
E-Mail:	max.deitchler@kutakrock.com
Andrew Tarvin, Arkansas Bar No. 2015191
E-Mail:	andrew.tarvin@kutakrock.com
**KUTAK ROCK LLP**
234 E. Millsap Road, Suite 200
Fayetteville, Arkansas 72703
Telephone: (479) 973-4200
Facsimile: (479) 973-0007

and

Michael S. Vitale, Esq., Fla. Bar No. 17136
E-mail:	mvitale@bakerlaw.com
	pkenaley@bakerlaw.com
	orlbakerdocket@bakerlaw.com
Yameel L. Mercado Robles, Esq., Fla. Bar No. 1003897
E-Mail:	ymercadorobles@bakerlaw.com
	emachin@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300

---

[2] By requesting transfer of this case to the Eastern District of Louisiana under the grounds that the first-filed rule should not apply and the action pending in the Eastern District of Louisiana should be given priority, Defendants do not waive their right to, at the appropriate time, move to transfer this case for convenience of the parties and the interest of justice and any other applicable grounds pursuant to 28 U.S.C. § 1404. Defendants hereby expressly reserve their right to assert as a defense and to move, at the appropriate time, for transfer of this Action under 28 U.S.C. § 1404 should this Court decide that dismissal, transfer, or stay is not warranted at this juncture.

Orlando, FL 32802-0112
Telephone: (407) 649-4000
Facsimile: (407) 841-0168