UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PEPPER SOURCE, LTD.                                                                                 PLAINTIFF

v.                                              No. 2:20-cv-2079

CHEP, a Brambles Company, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that Pepper Source, LTD's complaint for declaratory judgment is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 31st day of July, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE